ANDREW SNAY, Respondent, v. STEPHEN C. BREWER, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN H. GAGE, Respondent, v. RICHARD BEWLEY and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

PEARL CRONK, Respondent, v. ISRAEL GOLDMAN, Appellant.— Judgment and order affirmed, with costs. All concurred.

EMMA A. WOOD, Respondent, v. SEYMOUR KETCHAM, as Executor, etc., Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the finding that the testator gave to the plaintiff the certificate of deposit is against the weight of the evidence. All concurred.

JAMES T. PETERSEN, SR., and Another, Appellants, v. CHARLES R. HERTZBERG, Respondent.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of ELIZA H. EASTERLY, as Sole Surviving Trustee, etc. ELIZA H. EASTERLY, as Trustee, etc., and as Beneficiary, Appellant; FREDERICK C. EASTERLY and Others, Respondents.— Decree affirmed, with costs. All concurred.

CHARLES E. WOLBERT, Appellant, v. PHILADELPHIA HOUSE WRECKING COMPANY OF BUFFALO, Respondent.— Judgment and order affirmed, with costs. All concurred.

WILLIAM J. BLACKLOCK, Respondent, v. JOHN M. RICHIE, Appellant. — Order affirmed, without costs. All concurred.

CHARLES H. CALKINS, Respondent, v. JOHN A. LEVIS, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS J. CHESNER, Respondent, v. J. EDWARD MALONEY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHARLES GORNBEIN, Respondent, v. THE BOSTON INSURANCE COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive and is against the weight of evidence upon the question of damages. All concurred.

CHARLES T. WALTERS, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MARGARET B. MANN, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Order affirmed, with costs. All concurred.

NATHAN CRARY, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.